**KREMER MOTOR COMPANY, Appellant, v. OAKLAND MOTOR CAR CO.**

No. 10012.

Circuit Court of Appeals, Eighth Circuit.

Feb. 5, 1935.

Claude G. Krause, of Minneapolis, Minn., for appellant.

Harold G. Cant, of Minneapolis, Minn., for appellee.

PER CURIAM.

Appeal dismissed, with full prejudice and without costs to either party in this court, per stipulation of parties.

**L. E. WATERMAN COMPANY, Plaintiff-Appellee, v. Benjamin GORDON, Doing Business as Bengor Products Co., and Waterman Blade Co., Defendant-Appellant.**

No. 353.

Circuit Court of Appeals, Second Circuit.

April 4, 1935.

Louis H. Solomon, of New York City, for appellant.

William F. Wilder, of New York City, for appellee.

Before MANTON, SWAN, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

**LION OIL REFINING COMPANY, Appellant, v. R. B. RANDLE.**

No. 9985.

Circuit Court of Appeals, Eighth Circuit.

Nov. 28, 1934.

Jeff Davis, of El Dorado, Ark., for appellant.

John E. Harris, of Fort Smith, Ark., and E. L. Compere, of Hamburg, Ark., for appellee.

PER CURIAM.

Appeal dismissed, each party to bear his or its costs in this court, per stipulation of parties.

**Elias LOUN, as Special Administrator, etc., Appellant, v. UNITED STATES of America.**

No. 10298.

Circuit Court of Appeals, Eighth Circuit.

March 20, 1935.

Schwartz & Halpern, of Minneapolis, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., for the United States.

PER CURIAM.

Appeal docketed and dismissed on motion of appellee and certificate of clerk of United States District Court under rule 16.